FILED

December 19 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR.S-06-0210-DFL |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| DEBRA PECHO, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DEBRA PECHO, Case No. CR.S-06-0210-DFL from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $25,000.00

        _X_ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        _X_ (Other) Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on December 19, 2006 at 2:45 pm

By _____
Edmund F. Brennan
United States Magistrate Judge